# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1276
LT Case No. 2025-CA-000021
_____

RICKY NELSON DEEL,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Putnam County.
Alicia R. Washington, Judge.

Ricky Nelson Deel, Lake City, pro se.

James Uthmeier, Attorney General, Tallahassee, and Whitney Brown Hartless, Assistant Attorney General, Daytona Beach, for Appellee.

February 17, 2026

PER CURIAM.

   AFFIRMED.

JAY, C.J., and LAMBERT and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____